# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2019

## NO. 03-18-00753-CV

**Darius L. Heads, Appellant**

**v.**

**Brittney McDade, Appellee**

### APPEAL FROM COUNTY COURT AT LAW #4 OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
### OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on November 7, 2018. We dismiss this appeal for want of jurisdiction to the extent Heads attempts to appeal from the portion of the order holding him in contempt. Having otherwise reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment awarding attorney's fees. Because Heads is indigent and unable to pay costs, no adjudication of costs is made.